THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TUSCILLO, Appellant.— Motion granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMANDO ZITO and THOMAS MARINO, Appellants.— Motion for enlargement of time denied, more than ninety days having elapsed since the notice of appeal was served. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JULES RACINE and GEORGE N. WALLACE, BEEKMAN G. MITCHELL, Respondents, v. BAKER & WILLIAMS, Appellant. (Actions Nos. 1, 2, 3 and 4.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ETTA ROSENGARD, Respondent, v. CITY OF NEW YORK, Appellant, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ROSETH REALTY CO., INC., Respondent, v. BRIGHTON AND BENSONHURST ELECTRIC RAILROAD COMPANY and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

IPHA B. SAXBY, Respondent, v. LAWRENCE M. LYONS and Others, Copartners, Trading under the Firm Name and Style of LYONS & MAYRSOHN, Defendants, and LAWRENCE M. LYONS and CHARLES MAYRSOHN, Copartners, etc., Appellants. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THOMAS MCBURNEY SILVIE, Respondent, v. NAOMI S. CLARK and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

DAVID TENENBAUM, Trading as ABORN SHIRT MANUFACTURING COMPANY, and TANEN SHIRT MANUFACTURING COMPANY, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Motion to enlarge time granted upon condition that appellants perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondents fifty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CHARLES VARDAKIS, Plaintiff, v. DORA HELLER and NATHAN HELLER, Respondents, and WILLIAM G. ALT and ERNEST F. PINNEY, Appellants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.